DAVID OLSHAN, ESQ.
Nevada Bar No. 4126
NEVADA LEGAL SERVICES, INC.
530 S. 6th Street
Las Vegas, Nevada  89101
(702) 386-0404/dolshan@nlslaw.net
Attorneys for Plaintiff
CADONY FREMONT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

CADONY FREMONT,

      Plaintiff,

      -vs-

EMPLOYMENT SECURITY DIVISION,
STATE OF NEVADA; and RENEE OLSON,

      Defendants.

_____/

Civil Action No.

### Certificate as to Interested Parties

Pursuant to LR 7.1-1, the undersigned, counsel of record for Plaintiff, CADONY FREMONT, certifies that there are no known interested parties other than those participating in the case.

/ / /

1

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this ___5th___ day of February, 2016.

Respectfully Submitted,

NEVADA LEGAL SERVICES, INC.

_____
DAVID OLSHAN, ESQ.
Nevada State Bar No. 4126
NEVADA LEGAL SERVICES, INC.
530 South 6th Street
Las Vegas, Nevada 89101
(702) 386-0404 x516
Facsimile (702) 388-1641
dolshan@nlslaw.net
Attorney for Plaintiff